■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT KELLY, Appellant. [18 NYS3d 880]—Application by the

appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 8, 2009 (*People v Kelly*, 68 AD3d 895 [2009], *affd* 16 NY3d 803 [2011]), affirming a judgment of the Supreme Court, Kings County, rendered September 26, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Mastro, Balkin and Austin, JJ., concur.